# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FORREST WRIGHT; AMANDA WRIGHT; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES,<br><br>Defendants. | Case No. 2:19-cv-2132-APG-NJK<br><br>**TEMPORARY RESTRAINING ORDER**<br><br>[ECF No. 2] |

Plaintiff ConocoPhillips Alaska, Inc. (ConocoPhillips) filed an Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction. ECF Nos. 2, 3. On December 13, 2019 I conducted an ex parte hearing on that application. This is a proper instance for a temporary restraining order to be issued without notice. If defendants Forrest Wright, Amanda Wright, and Wright Capital Investments, LLC ("the Defendants") are not restrained by court order, ConocoPhillips very likely will suffer immediate and irreparable injury through the potential dissipation of funds the Defendants obtained from ConocoPhillips through improper means, dissipation or further transfer of real property the Defendants purchased using funds improperly obtained from ConocoPhillips, and any rents derived from or loan proceeds related to those properties. I therefore enter this Temporary Restraining Order without notice to the Defendants.

I HEREBY ORDER that defendants Forrest Wright, Amanda Wright, and Wright Capital Investments, LLC, together with their officers, directors, managers, agents, servants, employees, and attorneys, are hereby restrained and enjoined from selling, transferring, encumbering, or disposing of any monies received from ConocoPhillips and any assets—including real, personal, tangible, and intangible property—purchased, partially purchased, paid for, or maintained with

assets or money received from or paid to them by ConocoPhillips. This includes, without limitation, the following real properties situated in Clark County, Nevada, together with all rents, income, interest, dividends, or profits on any such assets:

a. Assessor's Parcel Number ("APN") 138-23-613-035
   6233 Espinosa Avenue
   Las Vegas, Nevada

b. APN 138-24-115-006
   5908 W Bartlett Avenue
   Las Vegas, Nevada

c. APN 138-25-112-019
   1524 Saylor Way
   Las Vegas, Nevada

d. APN 138-25-114-057
   1400 Saylor Way
   Las Vegas, Nevada

e. APN 138-25-312-008
   5824 Iris Avenue
   Las Vegas, Nevada

f. APN 138-25-314-039
   5821 Halifax Avenue
   Las Vegas, Nevada

g. APN 138-34-711-027
   716 Vincent Way
   Las Vegas, Nevada

h. APN 138-34-712-050
   609 Cline Street
   Las Vegas, Nevada

i. APN 138-35-711-036
   501 Slayton Drive
   Las Vegas, Nevada

j. APN 138-36-120-029
   5420 Banjo Street
   Las Vegas, Nevada

|   |     |                                         |
|---|-----|-----------------------------------------|
|   | k.  | APN 139-08-411-011<br>3602 Gold Sluice Avenue<br>North Las Vegas, Nevada |
|   | l.  | APN 139-19-213-079<br>4609 Sawyer Avenue<br>Las Vegas, Nevada |
|   | m.  | APN 139-29-714-050<br>2149 Sleepy Court<br>Las Vegas, Nevada |
|   | n.  | APN 139-30-318-007<br>721 Fairway Drive<br>Las Vegas, Nevada |
|   | o.  | APN 140-22-314-028<br>1826 Green Acres Avenue<br>Las Vegas, Nevada |
|   | p.  | APN 163-01-612-049<br>5201 Mountain View Drive<br>Las Vegas, Nevada |
|   | q.  | APN 163-15-810-114<br>3973 Arrowood Drive<br>Las Vegas, Nevada |

I FURTHER ORDER that all funds held in all accounts owned or controlled by Forrest Wright, Amanda Wright, or Wright Capital Investments, LLC, or any combination thereof, are hereby frozen, and no disbursements from those accounts shall be made pending further order of this court, or until this Order expires.

I FURTHER ORDERED that plaintiff ConocoPhillips Alaska, Inc., shall post with the court a bond or cash in the amount of **$5,000.00** in accordance with Federal Rule of Civil Procedure 65(c) as security for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongly enjoined or restrained in this action.

I FURTHER ORDER that plaintiff ConocoPhillips Alaska, Inc.'s motion for preliminary injunction will be heard on **December 23, 2019, at 9:30 a.m.** in Courtroom 6C of the United States District Court, District of Nevada, located at 333 Las Vegas Blvd South, Las Vegas, NV

3

89101. **That hearing will not include live witnesses**. Rather, I will hear arguments from counsel and consider any documentary evidence for and against issuance of a preliminary injunction and whether an evidentiary hearing is needed. If an evidentiary hearing is necessary, I will schedule that for a later date.

I FURTHER ORDER ConocoPhillips to immediately serve on all defendants copies of this temporary restraining order and all papers filed in this case.

I FURTHER ORDER that this temporary restraining order shall remain in effect until December 23, 2019, unless further extended by court order or stipulation of the parties.

DATED this 13th day of December, 2019 at 10:27 a.m. PST.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE